**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARK STEEN, on behalf of himself and all others similarly situated, | ) ) | **ELECTRONICALLY FILED** |
| | ) | Civil Action No. 07-0147 |
| Plaintiff, | ) | |
| v. | ) | Judge Terrence F. McVerry |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| A.G. EDWARDS & SONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated, by and between counsel for Plaintiff Mark Steen and Defendant A.G. Edwards & Sons, Inc., that, pursuant to the Order Granting Final Approval of Class and Collective Action Settlement and Awarding Attorneys' Fees, Litigation Expenses, and Plaintiff Enhancements and Final Judgment in the case captioned Basile, et al. v. A.G. Edwards & Sons, Inc., in the United States District Court for the Southern District of California, Case No. 08 CV 0338 JAH (a copy of which is attached hereto as Exhibit A), the claims set forth in the above-captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Except as provided by any order of court or agreement by the parties, the parties shall bear their own attorneys' fees and costs.

Respectfully Submitted,

CARLSON LYNCH LTD

s/ *Gary F. Lynch*
R. Bruce Carlson (PA #56657)
Gary F. Lynch (PA #56887)
Stephanie K. Goldin (PA #202865)
231 Melville Lane
Sewickley, PA  15143
Telephone:  412-749-1677
Fax:  412-749-1686
bcarlson@carlsonlynch.com

RICHARDSON PATRICK WESTBROOK
  & BRICKMAN LLC
A. Hoyt Rowell, III
Daniel O. Myers
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC  29464

Counsel for Plaintiff Mark Steen

December 22, 2009

MORGAN, LEWIS & BOCKIUS LLP

s/ *Christopher K. Ramsey*
Christopher K. Ramsey (PA #63293)
Stephanie R. Reiss (PA #88316)
One Oxford Centre, 32nd Floor
Pittsburgh, PA  15219
Telephone:  412-560-3300
Fax:  412-560-7001
cramsey@morganlewis.com
sreiss@morganlewis.com

Richard G. Rosenblatt (PA #59096)
1701 Market Street
Philadelphia, Pennsylvania  19103
Telephone:  215-963-5000
Fax:  215-963-5001
rrosenblatt@morganlewis.com

Counsel for Defendant A.G. Edwards & Sons, Inc.

IT IS SO ORDERED.

DATE: __December 23, 2009_____

__ s. Terrence F. McVerry_____
Judge Terrence F. McVerry